

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -7  PM 4: 37

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH FRANCIS** | CIVIL ACTION |
| VERSUS | NO. 04-3377 |
| LYNN COOPER, WARDEN | SECTION "K"(3) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and plaintiff's objections filed on March 2, 2005, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Petitioner filed a "Petitioner Objection to the Magistrate Judge's Recommendation Report" the gravamen of which is that the Magistrate Judge erred in dismissing this petition under the statute of limitation provision of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") because the petitioner had pending requests for transcripts that should have equitably tolled the provisions of AEDPA. This argument ignores the jurisprudence which holds that "such filings cannot fairly be considered applications for state post-conviction relief or other collateral review for tolling purposes 'because they were preliminary in nature and did not directly call into question the

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No _____

validity of [petitioner's] conviction or [sentence].'" *Parker v. Cain*, 2002 WL 922383, *2 N.22 E.D. La. 2002) *citing Boyd v. Ward*, 2001 WL 533221, at *4 (E.D.La. May 15, 2001).

In addition, the Court specifically concurs with the Magistrate Judge's decision that an evidentiary hearing is not required for the disposition of this matter. Accordingly,

**IT IS ORDERED** the Motion for Evidentiary Hearing (Doc. 8) is **DENIED**.

**IT IS FURTHER ORDERED** that the federal petition of Kenneth Francis for *habeas corpus* relief is **DISMISSED WITH PREJUDICE** .

New Orleans, Louisiana, this _7th_ day of February, 2006

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE