

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -7  AM 9: 59

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Kenneth Francis  #87595            CIVIL ACTION

VERSUS            NO. 04-3377

Lynn Cooper Warden            SECTION "K" (3)

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s):

The petitioner has not made a substantial showing of the denial of a constitutional right as set forth in the Magistrate Judge's R&R and the court's order adopting same.

Date: April 6, 2006

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
_/_ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____